# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

April 22, 2022

**VIA ECF**
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    Hernandez Rojas et al v. Midtown Food Corp. et al
                 Case No.: 1:20-cv-07737-JPO

Dear Judge Oetken:

      This office represents Plaintiffs in the above-referenced matter. I write pursuant to Your Honor's Order dated October 18, 2021, with respect to the parties submitting our Fairness Letter/Settlement Agreement in accordance with *Cheeks* by October 25, 2021.

      Accordingly, this office submitted said settlement agreement for Your Honor's review. We respectfully inquire as to whether the Court requires additional material in order to reach a decision on the fairness of the settlement. We await the Court's instruction.

      Thank you for your time and consideration of this matter.

                                                     Respectfully Submitted,

                                                     /s/ *Bryan D. Robinson*
                                                     Bryan D. Robinson, Esq.